# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 10, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136436(100)

SEYBURN, KAHN, GINN, BESS,
DEITCH AND SERLIN, P.C.,
      Plaintiff-Appellant,

v

KIRIT BAKSHI,
      Defendant-Appellee.
_____

SC: 136436
COA: 272903
Oakland CC: 1999-018126-CK

      On order of the Chief Justice, the motion by defendant appellee for extension of the time for filing his brief is considered, and it appearing this case is set for argument and submission on the May, 2009 session calendar, the motion is GRANTED IN PART ONLY. The time for filing by defendant-appellee is extended to May 1, 2009.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 10, 2009

_____
Clerk